UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE F. STEPHENS, | ) | CASE NO. CV 09-650-SVW (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| ROBERT L. AYERS, JR., | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:  <u>March 2, 2010</u>.

                                           STEPHEN V. WILSON
                                           UNITED STATES DISTRICT JUDGE